Raj Abhyanker, P.C.
Mountain View, CA
rajpatent.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACY'S INC. and MACYS.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC MARKS, LLC, <br><br> Defendant. | **CASE NO: 11-CV-06198-SC** <br><br> **[PROPOSED] ORDER GRANTING STRATEGIC MARKS, LLC'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO SET ASIDE DEFAULT** <br><br> Date: April 20, 2012 <br> Time: 10:00 A.M. <br> Courtroom: 1 <br> Judge: Honorable Samuel Conti |
| AND RELATED COUNTERCLAIMS | |

Defendant Strategic Marks, LLC ("Strategic Marks") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing for its Motion to Set Aside Default.

///

- 1 -

- 2 -

IT IS HEREBY ORDERED THAT:

Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court grants Strategic Marks, LLC's Motion to Shorten Time for Briefing and Hearing On Strategic Marks, LLC's Motion to Set Aside Default.

Dated: __April 5___, 2012      _____
HON. SAMUEL CONTI
UNITED STATES DISTRICT JUDGE

Submitted by:

RAJ ABHYANKER, P.C.
Lynn M. Terrebonne
Ashwin K. Anand

By /s/ Ashwin K. Anand
Ashwin K. Anand

Attorneys for Defendant,
STRATEGIC MARKS, LLC