*Raj Abhyanker, P.C.*
*Mountain View, CA*
*rajpatent.com*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MACY'S INC. and MACYS.COM, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>STRATEGIC MARKS, LLC,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS | **CASE NO: 11-CV-06198-SC**<br><br>[~~PROPOSED~~] **ORDER GRANTING STRATEGIC MARKS, LLC'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING ON ITS MOTION TO SET ASIDE DEFAULT**<br><br>Date: April 20, 2012<br>Time: 10:00 A.M.<br>Courtroom: 1<br>Judge: Honorable Samuel Conti |

Defendant Strategic Marks, LLC ("Strategic Marks") has moved pursuant to Civil Local Rules 6-1(b) and 6-3 for an order shortening the briefing and hearing for its Motion to Set Aside Default.

///

- 1 -

IT IS HEREBY ORDERED THAT:

Having considered the arguments of the parties and the papers submitted, and finding good cause therefore, the Court grants Strategic Marks, LLC's Motion to Shorten Time for Briefing and Hearing On Strategic Marks, LLC's Motion to Set Aside Default.

Dated: __April 5___, 2012       _____
                                 HON. SAMUEL CONTI
                                 UNITED STATES DISTRICT JUDGE

Submitted by:

RAJ ABHYANKER, P.C.
Lynn M. Terrebonne
Ashwin K. Anand


By /s/ Ashwin K. Anand
Ashwin K. Anand

Attorneys for Defendant,
STRATEGIC MARKS, LLC

[PROPOSED] ORDER GRANTING STRATEGIC MARKS, LLC'S MOTION TO SHORTEN TIME