IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACY'S, INC. AND MACYS.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC MARKS, LLC, <br><br> Defendant. | Case No. 11-06198-SC <br><br> ORDER CONTINUING TRIAL |

Now before the Court is Defendant's ex parte application for an order shortening time for a hearing on Defendant's motion to continue the trial date. ECF No. 69. Plaintiff has opposed the motion. ECF No. 71. Having reviewed the papers and for good cause shown, the Court hereby continues the trial in this matter to July 23, 2013 at 9:30 a.m. The pre-trial for this matter shall be held on July 19, 2013 at 10:00 a.m. The cut-off for all discovery is May 23, 2013, and the last day for motions to be heard shall be June 7, 2013. Plaintiff's ex parte motion is DENIED as moot.

IT IS SO ORDERED.

Dated: February 25, 2013

UNITED STATES DISTRICT JUDGE