UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACYS INC AND MACYS.COM INC,<br><br>    Plaintiff(s),<br><br>    v.<br><br>STRATEGIC MARKS INC,<br><br>    Defendant(s).<br>_____/ | No. C-11-06198 SC (DMR)<br><br>**ORDER TO SUBMIT SUPPLEMENT TO JOINT DISCOVERY LETTER** |

The court has reviewed the parties' joint letter regarding their discovery dispute. [Docket No. 74.] Defendant Strategic Marks Inc. is ordered to file the "summary chart" to which it refers on page 7 of the letter by no later than April 4, 2013.

IT IS SO ORDERED.

Dated: April 3, 2013

DONNA M. RYU
United States Magistrate Judge