UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACYS INC AND MACYS.COM INC, | No. C-11-06198 SC (DMR) |
| Plaintiff(s), | **ORDER TO SUBMIT STATEMENT REGARDING JOINT DISCOVERY LETTER** |
| v. | |
| STRATEGIC MARKS INC, | |
| Defendant(s). | |

The court has reviewed Defendant Strategic Marks, LLC's supplemental filing in support of the parties' February 27, 2013 joint discovery letter. [Docket No. 81 ("Def.'s Suppl. Filing").] In its submission, Defendant indicated that "[a]s a result of information learned [at a deposition] on April 2," it believed that it would be "prepared to withdraw a significant number" of the requests for admission at issue by or before the hearing on April 18, 2013. (Def.'s Suppl. Filing at 3.) By no later than April 16, 2013, Defendant shall file a brief statement advising the court regarding any additional requests for admission that it now withdraws. Defendant shall also file any and all deposition notice(s) that it issued for the depositions referenced in the joint letter.

IT IS SO ORDERED.

Dated: April 15, 2013



DONNA M. RYU
United States Magistrate Judge