UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACYS INC AND MACYS.COM INC,<br><br>    Plaintiff(s),<br><br>    v.<br><br>STRATEGIC MARKS INC,<br><br>    Defendant(s).<br>_____/ | No. C-11-06198 SC (DMR)<br><br>**ORDER TO SUBMIT ADDITIONAL INFORMATION REGARDING JOINT DISCOVERY LETTER** |

In Defendant Strategic Marks, LLC's April 4, 2013 supplemental filing in support of the parties' February 27, 2013 joint discovery letter, [Docket No. 81], Defendant indicated that it believed that it would be prepared to withdraw some of the requests for admission at issue as a result of information it learned at a deposition on April 2, 2013. On April 15, 2013, the court ordered Defendant to file a brief statement to update the court regarding any requests for admission that it now withdraws. On April 16, 2013, Defendant filed a revised summary of its requests for admission in which it identifies certain requests that it can now withdraw, but conditioned such withdrawal on being granted permission to obtain responses to *additional* requests for admission that it will serve on Plaintiffs before or during the April 18, 2013 hearing. [Docket No. 85-1.] This statement is non-responsive. Defendant is hereby ordered to submit, by no later than **5pm on April 17, 2013**, a letter (not a chart) in which Defendant sets forth the specific requests for admission which it withdraws as a result of information learned at the April 2 deposition, as well as any other subsequent deposition testimony.

IT IS SO ORDERED.

Dated: April 17, 2013

