UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MACYS INC AND MACYS.COM INC, | No. C-11-06198 SC (DMR) |
| Plaintiffs, | **ORDER RE DISCOVERY LETTERS** |
| v. | |
| STRATEGIC MARKS INC, LLC, | |
| Defendant. | |

The court is in receipt of the parties' letters regarding their discovery dispute. [Docket Nos. 102, 103.] By no later than 5:00 p.m. today, the parties shall e-file the two versions of the "neutral" stipulations drafted and proposed by Defendant that were referenced in Defendant's letter at page 3 (docket No. 103 at 3). The parties shall also set forth the scheduled time and location of Jay Monitz's June 21, 2013 deposition. The parties may not submit any further argument regarding this matter.

IT IS SO ORDERED.

Dated: June 17, 2013

DONNA M. RYU
United States Magistrate Judge