BENJAMIN ASHUROV (SBN 271716)
Bashurov@KB-Ash.com
KB ASH Law Group
5674 Sonoma Drive, Suite A
Pleasanton, CA 94566
Telephone:     (415) 754-9346
Facsimile:     (925) 734-8125

Attorneys for Defendant
STRATEGIC MARKS, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MACY'S INC and MACYS.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC MARKS, LLC, <br><br><br> Defendant. | CASE NO. CV 11-06198 SC <br><br> **SUPPLEMENT TO: SUPPLEMENTAL BRIEF IN RESPONSE TO THE JUNE 17, 2013 ORDER RE DISCOVERY LETTERS ISSUED BY JUDGE RYU** <br><br> Judge: Honorable Samuel Conti |
| STRATEGIC MARKS, LLC, <br><br> Counter-Claimant, <br><br> v. <br><br> MACY'S, INC. and MACYS.COM, INC., <br><br> Counter-Defendants. | |

As a supplement to its SUPPLEMENTAL BRIEF IN RESPONSE TO THE JUNE 17, 2013 ORDER RE DISCOVERY LETTERS ISSUED BY JUDGE RYU defendant Strategic Marks LLC, through counsel, submits the following:

The location of the June 21, 2013 Jay Monitz deposition is:

1    Esquire Deposition Solutions

2    44 Montgomery St #1100

3    San Francisco, CA 94104

4

5    DATED:  June 17, 2013                Respectfully Submitted,

6

7                                         By ___/s/ Benjamin Ashurov___
                                             Benjamin Ashurov
8                                            KB Ash Law Group

9                                            Attorneys for Defendant
                                             STRATEGIC MARKS, LLC
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

**SUPPLEMENT TO: SUPPLEMENTAL BRIEF IN RE-
SPONSE TO THE JUNE 17, 2013 ORDER RE DISCOVERY
LETTERS ISSUED BY JUDGE RYU**                CASE No. CV 11-6198 SC

**K B   A S H   L A W   G R O U P**
5 6 7 4   S o n o m a   D r i v e ,   S u i t e   A
P L E A S A N T O N ,   C A   9 4 5 6 6