**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MACY'S INC and MACY'S.COM, INC., <br><br> Plaintiffs, <br> v. <br> STRATEGIC MARKS, LLC, <br><br> Defendant. <br> STRATEGIC MARKS, LLC, <br><br> Counter-Claimant, <br> v. <br> MACY'S INC and MACY'S.COM, INC., <br> Counter-Defendants. | CASE NO. 3:11-cv-06198-SC <br><br> **JOINT STIPULATION TO CONTINUE TRIAL DATE AND ORDER ON JOINT STIPULATION TO CONTINUE TRIAL DATE** <br><br> THE HONORABLE SAMUEL CONTI |

This stipulation and request is made and entered into by and among plaintiffs Macy's, Inc. and Macys.com, Inc. (collectively, "Plaintiffs" or "Macy's") and defendant Strategic Marks, LLC ("Defendant").

WHEREAS, pursuant to this Court's Order dated February 25, 2013, trial was scheduled to begin on July 23, 2013 (ECF No. 73);

WHEREAS, on June 27, 2013 the parties received notice from the Court that trial had been rescheduled to begin July 30, 2013 (ECF No. 108);

WHEREAS, the rescheduling of the trial presented insurmountable difficulties to Macy's as the new dates conflicted with the schedules of Macy's principal fact witness as well as Macy's survey expert;

WHEREAS, the parties agree that there is good cause to continue the trial date;

WHEREAS, the parties jointly request the Court to reschedule the trial to January 6, 2014 or some other subsequent date the Court deems appropriate;

-1-
JOINT STIP TO CONTINUE TRIAL DATE AND ORDER ON JOINT STIPULATION TO CONTINUE
TRIAL DATE
Case No. 3:11-cv-06198-SC

547758.1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all parties, and the Court's approval as to the following is hereby requested:

- That the trial in this case, currently scheduled to begin July 30, 2013, be continued to January 6, 2014, or some other subsequent date the Court deems appropriate.
- The discovery deadline (including the Extension of Discovery Deadline for Limited Purposes (ECF No. 110) ) shall not be affected by this Order.
- The pretrial conference shall be held on January 2, 2014, or some other subsequent date the Court deems appropriate.
- The remaining provisions of the Court's Jury Trial Preparation Order dated May 31, 2013 (ECF No. 100) shall remain in effect.

-2-
**JOINT STIP TO CONTINUE TRIAL DATE AND ORDER ON JOINT STIPULATION TO CONTINUE TRIAL DATE**
Case No. 3:11-cv-06198-SC

547758.1

DATED: July 1, 2013.                    AMSTER, ROTHSTEIN & EBENSTEIN LLP

By    /s/
     ANTHONY F. LO CICERO
     Attorneys for Plaintiffs
     MACY'S, INC. AND MACYS.COM, INC.

DATED: July 1, 2013.                    KB ASH LAW GROUP

By    /s/
     BENJAMIN ASHUROV
     Attorneys for Defendant
     STRATEGIC MARKS, LLC

-3-
**JOINT STIP TO CONTINUE TRIAL DATE AND ORDER ON JOINT STIPULATION TO CONTINUE TRIAL DATE**
Case No. 3:11-cv-06198-SC

547758.1

# [PROPOSED] ORDER ON JOINT STIPULATION TO CONTINUE TRIAL DATE

Having duly considered the Joint Stipulation to Continue Trial Date filed by the parties to this action on July 1, 2013, and good cause showing:

IT IS HEREBY ORDERED THAT for all the reasons set forth in the foregoing Joint Stipulation and Request to Continue Trial Date, the Court's February 25, 2013 Order Continuing Trial (ECF No. 73) and June 27, 2013 Clerk's Notice Rescheduling Hearing (ECF No. 108) be AMENDED as follows:

1. That the trial in this case, currently scheduled to begin July 30, 2013, be continued to January 6, 2014.

2. The discovery deadline (including the Extension of Discovery Deadline for Limited Purposes (ECF No. 110) ) shall not be affected by this Order.

3. The pretrial conference shall be held on December 20, 2013, at 10:00 AM.

4. The remaining provisions of the Court's Jury Trial Preparation Order dated May 31, 2013 (ECF No. 100) shall remain in effect.

**IT IS SO ORDERED.**



IT IS SO ORDERED AS MODIFIED

Judge Samuel Conti

_____
The Honorable Samuel Conti
United States District Judge

Dated: July 1, 2013, 2013

-4-
**JOINT STIP TO CONTINUE TRIAL DATE AND ORDER ON JOINT STIPULATION TO CONTINUE TRIAL DATE**
Case No. 3:11-cv-06198-SC

547758.1