AMSTER, ROTHSTEIN & EBENSTEIN LLP
ANTHONY F. LO CICERO, NY SBN1084698
alocicero@arelaw.com
CHESTER ROTHSTEIN. NY SBN2382984
crothstein@arelaw.com
MARC J. JASON, NY SBN2384832
mjason@arelaw.com
JESSICA CAPASSO, NY SBN4766283
jcapasso@arelaw.com
90 Park Avenue
New York, NY 10016
Telephone:   (212) 336-8000
Facsimile:   (212) 336-8001
(Admitted *Pro Hac Vice*)

HANSON BRIDGETT LLP
GARNER K. WENG, SBN191462
gweng@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiffs MACY'S, INC. and
MACYS.COM, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MACY'S, INC. and MACYS.COM, INC., <br><br>Plaintiffs, <br><br>v. <br><br>STRATEGIC MARKS, LLC, <br><br>Defendant. | Case No. CV 11-6198 SC <br><br>**DECLARATION OF MARC J. JASON IN SUPPORT OF PLAINTIFFS' MOTIONS IN LIMINE NOS. 1-7** <br><br>Date: December 20, 2013 <br>Time: **10:00 a.m.** <br>Crtm: 1 <br>Judge: Honorable Samuel Conti |
| STRATEGIC MARKS, LLC, <br><br>Counter-Claimant, <br><br>v. <br><br>MACY'S, INC. and MACYS.COM, INC. <br><br>Counter-Defendants. | |

-1-                                                                 Case No. 11-6198 SC
Declaration of Marc J. Jason

I, Marc J. Jason, hereby declare and state as follows:

1. I am a senior counsel at Amster, Rothstein & Ebenstein LLP, attorneys for plaintiffs Macy's, Inc. and Macys.com, Inc. (together, "Macy's") in this action. I make this declaration in support of Macy's seven pre-trial motions *in limine*.

2. Attached hereto as Exhibit A is a true and correct copy of a print-out from the website www.prweb.com showing a public relations newswire dated September 8, 2011 entitled "Macy's Files Opposition to Block the use of their Expired Department Store Trademarks; Strategic Marks, LLC Stands Firm On Its Right to Own Them."

3. Attached hereto as Exhibit B is a true and correct copy of an email and attachment dated June 7, 2013 from Ellia Kassoff to Terry Lundgren and Karen Hoguet, with copies to Roman Warchola and Wendy Schmidt.

4. Attached hereto as Exhibit C is a true and correct copy of an email dated February 27, 2012 from Ellia Kassoff to Christopher S. Walters, with copies to Chester Rothstein, Anthony LoCicero, Jessica Capasso, Holly Pekowsky and Garner K. Weng.

5. Attached hereto as Exhibit D is a true and correct copy of two emails dated March 28, 2012, the first email from Christopher S. Walters to Ellia Kassoff with copies to Jessica Capasso, Anthony LoCicero, Chester Rothstein and Garner K. Weng; the second email from Ellia Kassoff to Christopher S. Walters with copies to Jessica Capasso, Anthony LoCicero, Chester Rothstein and Garner K. Weng.

6. Attached hereto as Exhibit E is a true and correct copy of a screen shot from the Facebook page of Ellia Kassoff, with three posts dated November 14,

2012, November 6, 2012 and October 30, 2012, and bearing Macy's document production number MACYS008041.

7. Attached hereto as Exhibit F is a true and correct copy of two emails from Ellia Kassoff to Terry Lundgren and Karen Hoguet, with copies to Benjamin Ashurov and Roman Warchola, the first email dated February 7, 2013 and the second email dated February 21, 2013.

8. Attached hereto as Exhibit G is a true and correct copy of a document entitled "Declaration Certifying Records of Regularly Conducted Activity" purportedly executed by John J. Pupek on May 15, 2013 and attachments, bearing defendant's document production numbers BN 013380 to BN 013394.

9. Attached hereto as Exhibit H is a true and correct copy of an excerpt from the transcript, pages 79-80, of the deposition of Ellia Kassoff conducted on November 12, 2012.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York
December 6, 2013

Marc J. Jason