# EXHIBIT A

PRWeb
Online Visibility from Vocus



# Macy's Files Opposition to Block the use of their Expired Department Store Trademarks; Strategic Marks, LLC Stands Firm On Its Right to Own Them

Macy's Department Stores, the largest owner of department stores in the United States has filed oppositions to block the use of their expired trademarks with the United States Patent and Trademark Office. Strategic Marks, LLC the company applying for the expired marks calls it "simply corporate bullying" and will not give up on its right.

Newport Beach, CA (PRWEB) September 08, 2011

Tweet Like +1 Share EMAIL

Macy's Department Stores, the largest owner of department stores in the United States has filed oppositions(Opposition No. 91200637 Serial No. 85137183) to block the use of their expired trademarks with the United States Patent and Trademark Office. Strategic Marks, LLC the company applying for the expired marks calls it "simply corporate bullying" and will not give up on its right.

Strategic Marks, LLC, a company focused on acquiring old brands and rebuilding their respective products such as Leaf Brands™ and the iconic candy brand Astro Pops®, filed for the defunct Macy's trademarks of Robinson's, May Company, Filene's, and Jordan Marsh in September of 2010 in hopes of rebuilding their names and hopefully the stores themselves.

"We conducted quite a few months of research that showed consumers are not happy with today's shopping experience after Macy's merged with Federated and May Department Stores back in 1994 and 2005 respectively," says Ellia Kassoff the CEO of Strategic Marks. "The whole experience is quite drab with no localized marketing or buying for the local stores. People want to go back to the days when it was a real experience shopping at their local department store. They really miss that," Kassoff says.

"I had a feeling Macy's would try and block the acquisitions of their old trademarks but they even admitted in their oppositions, they are no longer using the names, yet will not give them up. This goes against the whole trademark process of the United States. We believe it's quite obvious they are only out to intimidate the small guy, even when they have no legal standing," Kassoff ends.

Macy's filed oppositions the day before Strategic Marks were set to finalize the old trademarks with the USPTO office, in hopes of blocking the use of any company using trademarks, even those



Old Robinson's May Department Store in Bevery Hills, Ca

> "In the case of Macy's, they are trying to claim they still own trademarks which they haven't used in many years

that are expired. "Macy's has a history of intimidation," Kassoff believes. "On April 26th 2011, Macy's tried to block our cancellation of the Abraham and Straus trademark, after we initiated the trademark cancellation process for non-use through the USPTO office. Macy's then came back almost a month later after they defaulted for not responding and claimed their merger paperwork and addresses were never updated when they bought Federated. Now, come on! This is a big corporation with many lawyers and they actually claim they didn't update their information properly 15 years ago?" Kassoff says.

and still believe they have a right to them in perpetuity." "That's not what the US trademark laws were meant for." ❞

Please

Macy's had not used these trademarks in over 15 years and by law, they lose them.

The law offices that represents Strategic Marks against Macy's believes it's a matter of the big corporation not using the patent and trademark laws as they were enacted, so this litigation works against the small guy. "Our office sees this type of opposition quite often with companies trying to keep trademarks that are canceled, abandoned or are not being used," Strategic Mark's Attorney says. "In the case of Macy's, they are trying to claim they still own trademarks which they haven't used in many years and still believe they have a right to them in perpetuity. In their claim, Macy's even admits they are no longer using the marks! That's not what the US trademark laws were meant for. We expect to prevail. Many corporations try to file many oppositions and counterclaims in hopes the small guy will get scared and walk away. Mr. Kassoff told me at the beginning, we need to fight for what's right and the consumer is yearning for more choices. Macy's decided to get rid of these department store names and turn the stores into Macy's. We think we have an opportunity to bring selection and service back to shopping," Strategic Mark's legal counsel states.

About Strategic Marks, LLC: Started in 2010, Strategic Marks, LLC is focused on rebuilding of some of the most well-known companies and brands you loved from years past. Currently they have acquired Leaf Brands™, (once the fourth largest candy producer in North America) and the classic Astro Pop® candy lines. They are currently working on bringing back other iconic brands as well.

###

Tweet Like +1 Share EMAIL PDF Print

News Center

Why PRWeb
How It Works
Who Uses It
Pricing
Learning
Blog

About Vocus
Contact Us
Partners
Subscribe to News
Terms of Service
Privacy Policy
Copyright
Site Map

Twitter LinkedIn
Facebook Google

BEST SEARCH
Upshot 50
2009 SIIA //CODiE// FINALIST

# EXHIBIT B

**From:** "Ellia Kassoff" <kassoff@strategicmarks.com>
**Date:** June 7, 2013, 7:52:50 PM PDT
**To:** terry.lundgren@macysinc.com,khoguet@macysinc.com
**Cc:** roman.warchola@macys.com,wendy.schmidt@macys.com,kassoff@strategicmarks.com
**Subject: Updated invoice and case progress**
**Reply-To:** kassoff@strategicmarks.com

Hi Ms. Hoquet and Mr. Lundgren,

Attached is the most current invoice in the amount of $5,930,000 for the unauthorized use of our department store trademarks. I'm still requesting an official P.O. to make it easier. If we do not get payment soon, I might have to refer the invoice to collection. In addition, Macy's has also been placed on notice that the products you are currently selling on your website with our trademark are fraudulently using the ® next to each name, even though they are legally registered to Strategic Marks. This is now a criminal case as mentioned to your legal team this during weeks' court-ordered mediation. You are making counterfeit products using our trademarks and referring them as a registered trademarked product of your own, which they are not. We [once again] ask that you take down any representation of our trademarks from your site to avoid both civil and criminal prosecution.

Regarding the above referenced court-ordered mediation which was completed yesterday with your representative Wendy Schmidt; No agreement was reached, but I instructed my attorneys to keep the door open until a week before the trial starts as a professional courtesy. Please keep in-mind my offer from yesterday to settle is no-long on the table and as we get closer to trial, the costs associated with preparation will go up as will the settlement requirements. Macy's current monetary offer is simply a joke.

In addition, you should have already received formal documents from the USPTO in-which we have filed for and have started cancellation procedures on the following trademarks, if not we could provide copies for $5.00 each or you can view them on the USPTO website:

Burdine's
Goldsmith's
Hecht's
Kaufmann's
Magnin & Company
Lazarus
Marshall Field's
Stern's
Strawbridge's
Meier & Frank
Foley's
Rich's

We are fully prepared to litigate these new marks of ours and will do all in our power to win the second case as well. Part of our discussions on Wednesday pertained to incorporating some of the above marks in a combined settlement, which I'm open to so we won't have to have two court cases. Your legal counsel should have the full list used in the settlement meeting. Keep in-mind, we are fully prepared to win the case when it starts on July 23rd, especially after the admissions given to us during the deposition of your Vice President Jay Monitz and wow, what admissions! I had to pick my jaw up from the floor after what he admitted to. At this point I think your executives and legal team already know you will not win your case and our countersuit should be an easy win for us as well. We also expect treble damages due to the counterfeiting of products and trademarks on your site, bearing our valued marks. We will be asking the court for maximum damages since Macy's "Willfully disregarded" the law by using our "valued marks" without our permission. We will now have to spend hundreds of thousands of dollars to rebuild the image of our trademarks, due to Macy's flagrant misuse.

I also had the chance to visit your Macy's flagship store on 34th street last week and I have to say, "Wow, what a dump." Have you had a chance to look at the condition of the store? Fixtures are old and broken, bathrooms are filthy and still have much of the original fixtures, most of which are broken as well and none of which have been kept up, everything is old, dusty and just tired. I see no example of the, "Magic Of Macy's" except for maybe the "Disappearing Magic of Macy's" .The place really is not an image for our trademarks. We don't want any of our trademarks to be associated with anything Macy's.

As mentioned in my earlier emails, I want to make sure I keep you and your executive team in the loop regarding our case. I look forward to the trial starting on the 23rd of July and [quite frankly] very excited to see Macy's lose...and you will..

Lastly, I have been asked by many members of the press for updated information on the case and would hope their articles won't end in, "Macy's would not comment on the case". I would hope Macy's would make some comments or you might look pretty bad otherwise. Now is your chance to tell Macy's side of the story.

<image001.png>

*Ellia Kassoff*
*Strategic Marks, LLC*
*President/CEO*
*E-mail: kassoff@strategicmarks.com*
*Website: www.strategicmarks.com*
*Skype: ellia.kassoff*
*Phone: 949-424-1664*

---

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2013.0.3343 / Virus Database: 3199/6392 - Release Date: 06/07/13

<Inv_1_from_Strategic_Marks_LLC_7052.pdf>

strategic | marks **Strategic Marks, LLC**

47 Ocean Heights Drive
Newport Coast, CA 92657

Phone # 949-424-1664 kassoff@strategicmarks.com
www.strategicmarks.com

Invoice

| | |
|---|---|
| 6/7/2013 | 1 |

| | |
|---|---|
| Macy's Inc./Macy & Co., Inc.<br>7 West Seventh Street,<br>Cincinnati, Ohio 45202<br>AND<br>151 West 34th Street, New York 10001 USA | Macy's Inc./Macy & Co., Inc.<br>7 West Seventh Street,<br>Cincinnati, Ohio 45202<br>AND<br>151 West 34th Street, NY 10001 USA |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Due on receipt | EYK | 6/7/2013 | Bank Wire | | |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 593 | Trademark use | Use of department store registered trademarks @ $10,000 per day. From October 1, 2011 to June 7, 2013 per agreement dated February 27, 2012. Backdated to perceived initial use of trademarks owned by Strategic Marks, LLC. Final additional payment will be made for the difference, once actual initial use date has been verified.<br>Trademarks include: Robinson's, Bullock's, May Company, Bon Marche', The Broadway, Filene's, Abraham and Straus, Jordan Marsh | 10,000.00 | 5,930,000.00 |
| | | Out-of-state sale, exempt from sales tax | 0.00% | 0.00 |

| | |
|---|---|
| It's been a pleasure working with you! | Total $5,930,000.00 |

Pay online at: https://ipn.intuit.com/tn3bjcsv

# EXHIBIT C

**Jessica Capasso**

| | |
|---|---|
| **From:** | Ellia Kassoff <kassoff@strategicmarks.com> |
| **Sent:** | Monday, February 27, 2012 11:15 PM |
| **To:** | 'Christopher S. Walters'; kassoff@strategicmarks.com |
| **Cc:** | Chester Rothstein; Anthony LoCicero; Jessica Capasso; Holly Pekowsky; 'Garner K. Weng' |
| **Subject:** | RE: Macy's Inc. v. Strategic Marks (Northern District of Cal. Case No. CV 11-6198) |

Hi Mr. Walters,

I'm sorry but I have not seen the lawsuit yet since I have not been served. I'm flying to China for two months to work on manufacturing some of our products and will be out during that time.

I must also inform you that your client (Macy's and Macys.com) is using our trademarks illegally and without permission and will be served with a lawsuit, which will include severe damages for its continued and frequent use on their Macys.com website. They are trying to defraud the USPTO by representing our trademarks as their own by 'token use' and trying to sell very cheap shopping bags, hats and shirts that degrade our valuable marks. This will be pointed out in the discovery phase which we will prove your client (Macy's and Macy.com) has not owned our trademarks at the time of their use. PLEASE DEMAND YOUR CLIENT TO CEASE AND DESIST any and all use of our registered trademarks within 48 hours of this notice.

This link was sent by someone from the press:

http://www1.macys.com/campaign/social?campaign_id=241&channel_id=1&bundle_entryPath&

We will be happy to license our trademarks to Macy's at a fee of $10,000 per day going forward. If they continue to use our marks, it will be implied and understood that Macy's and Macys.com agree with our licensing fee and will be billed appropriately for their continued use. We will also ask they no longer sell such cheap products using our registered trademarks, even if they agree to license the marks from us. We expect only the highest quality items to be sold under our trademarks and the products they are selling are very cheap and a very bad representation of our great marks.

Regards,

Ellia Kassoff

---

**From:** Christopher S. Walters [mailto:CWalters@hansonbridgett.com]
**Sent:** Friday, February 24, 2012 3:02 PM
**To:** kassoff@strategicmarks.com
**Cc:** Chester Rothstein (crothstein@ARELAW.com); Anthony LoCicero <alocicero@ARELAW.com> (alocicero@ARELAW.com); Jessica Capasso (jcapasso@ARELAW.com); hpekowsky@arelaw.com; Garner K. Weng
**Subject:** RE: Macy's Inc. v. Strategic Marks (Northern District of Cal. Case No. CV 11-6198)

Dear Mr. Kassoff:

We did not receive a response to our email below that inquires whether Strategic Marks filed an answer by February 14, and we are not aware of an answer having been filed to date. This email serves to notify you that Macy's will file a

# EXHIBIT D

**Jessica Capasso**

---

**From:** Ellia Kassoff <kassoff@strategicmarks.com>
**Sent:** Wednesday, March 28, 2012 4:25 PM
**To:** 'Christopher S. Walters'; kassoff@strategicmarks.com
**Cc:** Jessica Capasso; Anthony LoCicero; Chester Rothstein; 'Garner K. Weng'
**Subject:** RE: Macy's, Inc., et al. v. Strategic Marks, LLC

As mentioned, I have not been at the 25 Ridgeview address for some time now and was never served with the lawsuit.

On another note, since your client continues to use our 'The Broadway®' trademark with our permission, you will be receiving an invoice stated in the previous email for $10,000 dollars per day, to be paid by your client Macy's.

Regards

Ellia Kassoff

---

**From:** Christopher S. Walters [mailto:CWalters@hansonbridgett.com]
**Sent:** Wednesday, March 28, 2012 9:17 AM
**To:** kassoff@strategicmarks.com
**Cc:** Jessica Capasso (jcapasso@ARELAW.com); Anthony LoCicero <alocicero@ARELAW.com> (alocicero@ARELAW.com); Chester Rothstein (crothstein@ARELAW.com); Garner K. Weng
**Subject:** Macy's, Inc., et al. v. Strategic Marks, LLC

Dear Mr. Kassoff:

We received a note from the occupant of 25 Ridgeview in Irvine, CA returning copies of the Motion for Default Judgment, Declaration of Christopher Walters, and Proposed Judgment against Strategic Marks, which were filed on March 6, 2012 in the U.S. District Court for the Northern District of California. We sent these to you for the purpose of informing you of the content of the moving papers and of the April 20, 2012 hearing thereon. And, we sent them to the address at which you have told us that you live, where you were served with the summons and complaint, and which is the registered address for service of process on Strategic Marks, LLC. We also note that in one of your trademark filings with the USPTO you filed a Change of Correspondence Address. Accordingly, we have also mailed these documents to that address.

Thank you.

---

**Christopher S. Walters**
**Attorney**
Hanson Bridgett LLP
(415) 995-5017 Direct
(415) 995-3589 Fax
cwalters@hansonbridgett.com

HansonBridgett

Hanson Bridgett LLP
425 Market Street, 26th Floor
San Francisco, CA 94105



MACYS000085

# EXHIBIT E

facebook Search for people, places and things Jessica Rasmussen Find Friends Home

**Ellia Kassoff** shared a link.
November 14, 2012 near Newport Beach, CA

I had some fun just now invoicing Macy's for the unauthorized use of my trademarks for almost a year now on their www.macys.com website. So far the bill is $ 4,560,000 @ $10,000 per day. That is going to cause some heads to blow-up at the corporate office. Well, I gave them a Cease and Desist letter with the charges if they continue to use my marks and they never responded. "Macy's Paying for the home for the holidays".

magic of macy's

**Macy's - Shop Fashion Clothing & Accessories - Official Site - Macys.com**
www.macys.com

Macy's - FREE Shipping at Macys.com. Macy's has the latest fashion brands on Women's and Men's Clothing, Accessories, Jewelry, Beauty,

Like · Share 13 7

**Ellia Kassoff**
November 6, 2012 near Irvine, CA

The Republican Party is no longer a party but a religious organization. I'm glad the public has spoken. Most people are moderates and want individual rights. I wonder if Fox News will change their format, running PBS shows instead of baseless propaganda?

Like · Share 14 9

**Ellia Kassoff** shared a link.
October 30, 2012

Hi everyone. Here is my article in todays Wall Street Journal where I discuss exporting to China. I think it's really funny they decided not to use the actual name of my product I'm exporting (Farts Candy), and instead, called it, "another type of candy". How funny. Guess they didn't want to offend anyone... oh well..it's still great press.

**Teaching Americans to Export**
online.wsj.com

MACYS008041

Chat (4)

# EXHIBIT F

From: "Ellia Kassoff" <kassoff@strategicmarks.com>
To: <terry.lundgren@macysinc.com>, <khoguet@macysinc.com>,
Cc: "'Benjamin Ashurov'" <bashurov@kb-ash.com>,
<roman.warchola@macys.com>, <kassoff@strategicmarks.com>
Date: 02/21/2013 08:26 PM
Subject:FW: Invoice from Strategic Marks, LLC

Hi Ms. Hoquet,

I just wanted to follow-up on my last email and also get an idea as to when we would expect payment for the attached invoice. The invoice is for the use of our trademarks up to the 13th of this month. It would also be helpful if you could issue a PO number we could reference.

Our wiring instructions is below:

Account Name- Strategic Marks, LLC
Account Number- 8148253654
Bank Name- Wells Fargo Bank
Bank Address- 420 Montgomery, San Francisco, CA 94104 Bank Swift Code- WFBIUS6S

Strategic Marks small logo
Ellia Kassoff
Strategic Marks, LLC
President/CEO
E-mail: kassoff@strategicmarks.com
Website: www.strategicmarks.com
Skype: ellia.kassoff
Phone: 949-424-1664

From: Ellia Kassoff [mailto:kassoff@strategicmarks.com]
Sent: Thursday, February 07, 2013 1:24 PM
To: terry.lundgren@macys.com; khoguet@macysinc.com
Cc: 'Benjamin Ashurov'; roman.warchola@macys.com; kassoff@strategicmarks.com
Subject: FW: Invoice from Strategic Marks, LLC

Hi Ms. Hoquet,

I wanted to make sure you knew about this case. Many times the executives are rather insulated and don't know what's going on at the lower levels of their company.

The story has seen tons of press on the subject recently. We were on the front page of the LA Times a few weeks back as well as the Chicago Tribune and Wall Street Journal (three times last year). We are now taking calls from many of the TV news channels for interviews. My company, Strategic Marks, LLC, acquired many of the store trademarks similar to those Macy's closed after merging with Federated years ago. Many of these marks had been abandoned, in some cases showing no use for 10-12 years. We submitted a 'Cease and Desist' back in February of last year for the unlawful use of our trademarks on your Macy's.com website, giving your company a week to take down the page, (see attached email) but they never did so we are billing your company for their use as stated in our email. Please try to get it paid within 30 days or we will have to recalculate the amount again.
We are prepared to take this case to trial in April and are extremely confident we will prevail. I just wanted to make you aware that Macy's needs to be prepared for the rather large legal bills coming up in the next few months, so you may budget accordingly.

Here is the court case Macy's filed:
http://www.scribd.com/doc/75931777/Macy-s-Inc-v-Strategic-Marks

Here is the denial of Summary Judgment Macy's had hoped to obtain. You will notice the judge also said we have a valid countersuit as well.
http://www.leagle.com/xmlresult.aspx?page=2&xmldoc=In%20FDCO%2020120427757.xml&docbase=CsLwAr3-2007-Curr&SizeDisp=7

Macy's quickly puts up this webpage on your site, trying to defraud the Patent and Trademark office into thinking they were using the trademarks.
This is the webpage Macy's buried within their website AFTER we filed for the trademarks and acquired many of them:
http://www1.macys.com/campaign/social?campaign_id=241&channel_id=1&bundle_entryPath&

Here are some of the general articles and blogs regarding the Macy's lawsuit:

http://www.latimes.com/business/la-fi-trademark-trolls-20130106,0,4307053.story
(Front page of the Sunday LA Times)

http://www.chicagotribune.com/business/ct-fi-trademark-trolls-20130106,0,2667531.story
(Last week)

http://toputitbluntly.com/2012/12/09/twinkies-are-not-zombies-yet/

http://www.americanthinker.com/blog/2012/12/zombie_brand_apocalypse.html

http://www.ocregister.com/articles/brand-378067-brands-macy.html

http://nysbar.com/blogs/lawstudentconnection/2012/11/the_zombie_trademark_business_.html

http://www.bizjournals.com/cincinnati/news/2011/12/15/macys-sues-over-old-logos-brands.html

http://www.prweb.com/releases/2011/9/prweb8685447.htm

http://trademarktroll.blogspot.com/2011/09/still-want-to-shop-at-mays-or-or-bon.html

http://www.bizjournals.com/losangeles/news/2011/12/15/macys-sues-strategic-marks-over-old-logo.html

http://online.wsj.com/article/SB10001424052702303513404577352250076162674.html

http://online.wsj.com/article/SB10001424052702303513404577352082845116146.html

http://www.propertyintangible.com/2011/12/theres-been-fair-amount-written-about.html

http://www.law.com/jsp/ca/PubArticleFriendlyCA.jsp?id=1202541137012&slreturn=20120710185910

http://www.claimsjournal.com/news/national/2012/06/04/207884.htm

Strategic Marks small logo
Ellia Kassoff
Strategic Marks, LLC
President/CEO
E-mail: kassoff@strategicmarks.com
Website: www.strategicmarks.com
Skype: ellia.kassoff
Phone: 949-424-1664

# EXHIBIT G

BN 013380

# DECLARATION CERTIFYING RECORDS OF REGULARLY CONDUCTED ACTIVITY

I, John J. Pupek, am employed by the Jordan Marsh Muffin Company, LLC.

My official title at the Jordan March Muffin Company, LLC is OWNER *(title)*. As part of my duties as a OWNER *(title)*, I am familiar with the records that the Jordan Marsh Muffin Company, LLC keeps in the ordinary course of business. I am familiar with the types of documents received, created and relied upon by the Jordan Marsh Muffin Company in the ordinary course of its business.

I certify that I have reviewed the records described on the list attached hereto as Attachment 1, and that these records are the original or duplicates of the original records kept in the custody of the Jordan Marsh Company, LLC.

I further certify that:

(A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

(B) such records were kept in the course of a regularly conducted business activity;

(C) the business activity made such records as a regular practice; and

(D) if such record is not the original, such record is a duplicate of the original.

I certify under penalty of perjury that the foregoing is true and correct.

Executed By: John J Pupek *(your signature)*

Executed on this 15 *(day)* day of May, 2013, at BRIDGEWATER *(city)* MASS *(state)*.

BN 013381

ATTACHMENT 1

TO DECLARATION CERTIFYING RECORDS OF

REGULARLY CONDUCTED ACTIVITY

| Item No. | No. of Pages | Document Title (or Brief Description) |
|---|---|---|
| 1 | 1 | ENTERPRISE ARTICLE DATED 12-31-04 |
| 1 | 2 | GLOBE ARTICLE DATED 4-13-98 |
| 1 | 1 | GLOBE ARTICLE DATED 10-22-99 |
| 2 | 2 | AGREEMENT WITH MONTILLOS BAKING |
| | | COMPANY 8-1-2009 – 8-1-2012 |
| | | AGREEMENT 9-7-2012 – 9-7-2015 |
| 1 | 1 | BOSTON HERALD ARTICLE 11-10-2010 |
| | | "MACY'S PLAYS UP LOCAL FLAVOR" |
| 1 | 1 | LETTER TO MACY'S DATED ~~11-11-2010~~ |
| | | 11-11-2010 |
| | | |
| | | THESE ARE ALL RECORDS I |
| | | HAVE ON FILE |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

BN 013382

RAYNHAM
Friday
December 31, 2004
The Enterprise




John Pupek uses a technique honed over 45 years to drop muffin batter, left, into tins. At right, the finished product.

# No more muffins



PHOTOS BY J. KIELY JR./THE ENTERPRISE

Working together, Lynn Gibbons of Brockton, left, and her boss, John Pupek of Bridgewater, load the oven while baking the f BN 013363 of Jordan Marsh blueberry muffins at the now closed Jordan Marsh Muffin Co. store on Pearl Street in Brockton Thursday morning.



The Jordan Marsh Muffin Co. turned out its last batches of beloved muffins Thursday morning at the company's store on Pearl Street in Brockton. The retail store was opened seven years ago by baker John Pupek of Bridgewater, who had been baking the classic Jordan Marsh blueberry muffin for more than 30 years as both a Jordan Marsh bakery employee and a contract baker based in Taunton. Pupek and his daughter, Christine Onanian, also of Bridgewater, have run the Pearl Street retail and wholesale location together and jointly decided to close the business after John Pupek decided it was time to retire from the rigors and long hours of commercial baking.



Pupek pulls hot muffins from the oven, above. At left, Gibbons adds blueberries to the batter as Pupek gets ready to mix the berries in by hand.

BN 013384



# A farewell to the muffin man



GLOBE PHOTO/ROBERT E. KLEIN

**John Pupek, at his Brockton bakery, has been baking the popular Jordan Marsh muffins since 1961.**

## As Jordan Marsh baker closes shop, an era ends

By Andrea Estes
GLOBE STAFF

For decades, any decent downtown shopping trip ended at Jordan Marsh, where the promise of a sugar-crusted blueberry muffin could make annoying children angelic. Baker John Pupek followed the secret recipe one batch at a time, folding in the berries by hand to keep them whole and working the batter until the consistency felt just right.

Pupek opened his own shop after Jordan Marsh closed its bakeries and Macy's bought the department store in the mid-1990s. His Jordan Marsh Muffin Co. in Brockton has turned out thousands of blueberry muffins a week, as well as other delicacies made famous by Jordan Marsh, since 1998.

But on Christmas Eve, the muffin-maker closed his store. The iconic muffins, like Jordan Marsh itself, will become a fading memory.

"We'll replace them with something else, but it will never be the same. It's the end of an era — like when they stopped making Oldsmobiles," said Morton Glovin, who sells the muffins that he savored in childhood at his two Boston Coffee Exchange locations.

Exhausted by days that start at 2 a.m. and don't end until well into the afternoon, Pupek, 62, notified his customers and suppliers earlier this month that "it is time to hang up the apron and shut off the mixer and oven." He wants to relax after decades of taxing physical labor and surgery on both hands for carpal tunnel syndrome that developed after years of plopping blueberries into batter.

"I love what I do, but it's very labor intensive," said Pupek, who began baking at Jordan Marsh in 1961. "The back, the feet, and the arms — I have to start relaxing the body and enjoy life right now. I don't want to be here 24/7."

MUFFINS, Page B5

BN 013385

# Baker of Jordan Marsh blueberry muffins is hanging up his apron

► MUFFINS
*Continued from Page B1*

The shop closed this past Friday night; the wholesale operation, which sells to small shops and restaurants around the region, will close this Friday. Pupek said he will travel, and maybe get a job driving a limousine. His daughter, Christine, his partner since the shop opened, is not interested in taking over the business — she wants to spend more time at home with her children, he said.

In an age of mass production, Pupek's approach is as nostalgic as the muffins themselves. He has routinely delivered muffins to retail customers' homes, dropping them on their doorsteps at 4 a.m.

Since the letter went out, panicky customers have been stockpiling their favorites, figuring they can freeze them, give them as holiday gifts, or simply gorge.

"When I got that note last




GLOBE PHOTO/ROBERT E. KLEIN

One of John Pupek's famed blueberry muffins, which he routinely dropped off at customers' doorsteps at 4 a.m.

Wednesday, I stood in my coffee bar and said this is an absolutely traumatic day for me," said Glovin.

Recently, at Pupek's shop, a Milton man bought 33 dozen almond macaroons; another customer ordered six dozen muffins and piles of brownies, also a Jordan Marsh specialty. The customers waxed nostalgic, Pupek said, tearfully thanking him for the confections, particularly the muffins, which evoke emotional responses even from out-of-towners.

Judith Hagan of Foxborough discovered the muffin when she arrived at Boston College from Cleveland in the 1960s. "My boyfriend's mother would take the trolley, buy the muffins, and give them to him to give to me," she said. "He'd come over for a date and bring the muffins. I'd tell him if he didn't have the muffins, don't bother coming.

"Nobody could make them as good as Jordan's. It was a love affair. I lived with six or seven roommates and [the muffins] seemed so huge, we'd cut them in half. They had that incredible sugar crunchy coating on the top. The blueberries were so soft and fresh — you felt like the guy just went out and picked them," she said.

Susan Elsbree, who works as a spokeswoman for the Boston Redevelopment Authority, said she recently rediscovered the muffins when an outside vendor brought them to City Hall.

> 'Nobody could make them as good as Jordan's. It was a love affair.'
>
> JUDITH HAGAN
> *Foxborough resident is longtime fan of the Jordan Marsh muffin*

"I can literally remember walking down the stairs of Jordan's," said Elsbree, who grew up in Brookline. "When you turned the corner, on the right side was the bakery. You had to stop to get a blueberry muffin, with the sugar on top. In my opinion, they didn't sell anything else."

After this month, aficionados of the Jordan Marsh muffins will have few options. The only place that will sell them is Macy's in Portland, Maine, where Pupek's former co-worker leases the bakery and bakes muffins from frozen batter that Pupek sells her.

He said he will continue to make her batter from time to time.

But he said he will never sell the Jordan Marsh muffin name, which he said people now identify with him.

"People want me to show somebody else how to make the muffins," said Pupek, "but I can look at a finished muffin and know who made it. It's in the feel and the eye. I'll show them how to make muffins, but I won't put my name on it. That name is me.

"If people said they had a Jordan Marsh muffin and it was horrible, it would kill me."

BN 013386

**Cabbage quartet**
It's teamed with pasta, sausage, and tomatoes. Quick Fix, Page E3.

# FOOD

THE BOSTON GLOBE • WEDNESDAY, MAY 13, 1998

# Singing the blues

## For 30 years, John Pupek whipped up batches of Jordan Marsh's blueberry muffins. He's still at it

By Sheryl Julian
GLOBE STAFF

BROCKTON – You wouldn't think that something as mundane as a muffin could evoke such strong emotional ponses. But you'd have to come from ston and know the muffin in ques-ı. Jordan Marsh blueberry muffins re a Bostonian's answer to Marcel oust's madeleines. And like the little ench cakes immortalized in Proust's emoir, Jordan's berry-filled muffins, ll warm after an eager child's trolley



ride into town to fetch them, can release floodgates of lost memories.

BN 013387

That's why patrons of the two-month-old Jordan Marsh Muffin Co. are buying 5 dozen at once and walking to their cars with the boxes stacked between their arms and chin. And why owner John Pupek sees some customers in tears.

The old Jordan Marsh department store became a division of Federation Department Stores Inc. when it merged with R. H. Macy's in 1996. The Muffin Co. isn't related to Jordan Marsh – except by name and muffin.

No one handed Pupek a decree and told him that because of 30 years of

MUFFINS, Page E4



FOOD

THE BOSTON GLOBE • WEDNESDAY, MAY 13, 1998

# Remembrance of blueberry muffins past

■ MUFFINS

Continued from Page E1

service as a baker at Jordan Marsh, he could make the muffins in perpetuity. He simply decided to continue baking the muffins from the original recipe, then applied to the trademark division of the Secretary of the Commonwealth's office for the use of the name. "Jordan Marsh Muffin Co." wasn't taken – and why would it have been? The department store doesn't exist anymore and Macy's has its own "Boston's Berry Best" muffin in the downtown location. That left Pupek with an opportunity he couldn't resist.

Pupek has a complete line of muffins, but his blueberry, of course, is the most popular. It boasts the classic sugar-crusted top, though the muffin itself isn't as large as the old Jordan's muffin – or does memory aggrandize these things? It's loaded with berries, which are suspended into a clean-tasting, light batter that you know at once has never met a mix.

Pupek began baking at Jordan Marsh in 1961, when a dozen muffins cost 99 cents. Ed Lawrie ran the bakery and noticed that the young apprentice was ambitious. "He taught me everything he knew," Pupek says. Pupek, the son of a window washer, had trained in baking at the old Boston Trade High School in Dorchester's Codman Square. "We made all the pastries for all the other high schools," he says. Before signing on at Jordan Marsh, he worked for several small shops in Boston. years later in the basement near the entrance to the T.

Eventually, bakeries were opened at all the branch stores. In 1977, the company consolidated its merchandise and bakers in a new warehouse in north Quincy, where Pupek rose to oversee 24 employees, half of them with the company for 25 years.

Jordan Marsh's baked goods became so popular that by the time Pupek left the company in 1991, they grossed over $3 million annually. About 45 percent of total sales were in blueberry muffins.

It was not Pupek's idea to leave Jordan's. He would have happily spent the rest of his career there. In 1990, the company and the Teamsters came head to head and, before any strike actions were taken, Jordan Marsh closed the warehouse and reopened its operations in Brockton and New Jersey.

"It was a sad day, I'll tell you," says Pupek. But he wasn't daunted. At age 48, he knew he had a few more good years of baking in him. Toward the end at Jordan Marsh, he had hardly been near the stoves. As a Jordan Marsh manager for Allied stores, he traveled a lot. "I really didn't like being in a suit for the last 14 years," he says.

So he returned to the heavy-duty mixer and the dawn schedule to which all bakers are slaves. With the warehouse closed, Jordan Marsh bought blueberry muffins from independent bakers. Pupek opened John's Muffin Bakery in Taunton.

When the shop was on its feet, he



GLOBE STAFF PHOTO / TOM LANDERS

**John Pupek and Christine Onanian hold freshly baked muffins.**

Pupek's unpaid bills began to mount. When the bakeries closed and Macy's came in, Pupek felt burned by the old management.

He opened Jordan Marsh Muffin Co. here on the Easton-Brockton line in March with his daughter, Christine Onanian. She is finishing an MBA at Anna Maria College in Paxton. "I told my daughter that I'd give her five years to learn the business," he says. Then they'll switch roles.

Today, the only Macy's store that carries Jordan Marsh Muffin Co. products is in Portland, Maine, where Pupek's former co-worker, Roxanne Olmsted, leases the bakery. She bakes frozen batter that Pupek sells to her. year round.

The original recipe does indeed call for a blend of flours, says Pupek, who uses both pastry and bread flour. These are added to thoroughly creamed sugar and vegetable shortening.

It puzzles Pupek when people settle for muffins that have obviously been made from a mix. Most bakeries, he says, begin with "5 pounds of muffin mix and 1 quart of water. They mix for 5 minutes, then add whatever fruit you want. And that's a muffin."

Not his idea of a muffin. He creams the initial mixture for a long time until the sugar and fat are completely blended but not too aerated. "You've got to have a sense of feel,"

ninth-floor annex downtown. One retail bakery was located on the first floor, a [illegible] established

BN 013389

who eventually took over the bakeries. Everything was fine until the bakeries began losing money and

## Why do muffins turn blue?

Patrons who bought Jordan Marsh blueberry muffins at the department store remember they were streaked with blue inside. When John Pupek of Jordan Marsh Muffin Co. first mixes his batter, it is also streaked with blue. During the baking, however, the batter reverts to its cakelike yellow. Pupek calls this transformation "bluing" and he likens it to the bluing agents our mothers poured into washing machines to make clothes whiter.

The process is more complicated than that, says Shirley Corriher, author of "CookWise" (Morrow) and recent winner of a James Beard cookbook award. The blue-red water-soluble pigment in foods like blueberries and red cabbage is called anthocyanin ("antho" means flower, "cyano" means blue), she explains. The compounds are blue if they're alkaline and red if acid is present.

In the case of the muffin, the acid in baking soda removes the blue streaks during baking.

Here's the chemistry, as Corriher explains it: "The muffins start out blue because they're alkaline." During baking, the soda is used up and reacts and forms bubbles. "As the batter goes from alkaline to no longer alkaline, the batter becomes pale, pale, pale pink. It's no longer discernible in a golden muffin. It makes the batter appear to turn white."

Other acidic ingredients that will change the alkaline and whiten batter are buttermilk or sour cream. Cookbook author Rose Levy Beranbaum uses sour cream in her blueberry muffins, but she has a trick to make sure that the muffins retain their streaky blue interior, for a homespun bursting-with-berry look.

Beranbaum, author of "The Cake Bible" (Morrow) and the upcoming "The Pie and Pastry Bible," mashes some berries and mixes the rest in whole without a flour dusting. But she's not sure this technique is useful for large-scale baking. "I'm not baking for commercial production," she says.

SHERYL JULIAN

ry, cranberry, orange, apple, banana nut, his fruit cookies, and almond macaroons." Those, she explains, were all traditional Jordan Marsh baked goods.

"The blueberries are always a consistent seller," says Olmsted. Something about the blueberry muffin has always intrigued its fans. "People ask me often if they're still the original blueberry muffin," she says.

The quest for the real recipe has been going on for many years. The company has always been elusive. Jordan Marsh guarded the blueberry muffin recipe as closely as the store's fine watches. Anyone who wanted to know the recipe was often told it was a mix of several flours and that converting a formula from commercial to home use was a hopeless endeavor.

Still, recipes circulated in newspapers all over New England. Invariably, readers complained that the recipes produced muffins that didn't taste exactly like Jordan Marsh muffins.

But John Pupek was right there making them daily for years. When he first came to Jordan Marsh, the bakers used frozen cultivated blueberries during the winter and switched to fresh blueberries in season. The fresh berries stained the batter blue (see sidebar) and customers complained that the muffins didn't taste the same. Eventually, frozen cultivated berries were used

the bacteria in the eggs, which aren't watery like home eggs."

He beats in whole milk powder diluted with water, followed by the flour. Then he adds frozen cultivated blueberries from New Jersey, which he has defrosted, drained, and tossed in flour. The batter goes into muffin trays that are sprayed all over, including on top. That way, when the muffins rise up over the rims of the cups, their tops won't stick to the pan. The tops are sugared before they go into a rotary oven for 40 minutes, where they form peaks as they bake.

Each week, Pupek makes 600 dozen blues (he sells 100-150 dozen of the other muffin flavors). The price is 79 cents each, $8 for a dozen.

One customer drives down from Ipswich to pick up blueberry muffins, while another comes from Rhode Island. A woman in a western suburb orders so many dozens of the blues that Pupek delivers them to her on his way to a coffee shop he supplies.

"It's a dying art – the small baker," he says. "There's a Dunkin' Donuts in every gas station. But I guess there are still people out there who want a quality product." And a trip down memory lane.

▶ *Jordan Marsh Muffin Co. is located at 1050 Pearl St., Brockton. Telephone 508-584-5660. Store hours are Monday through Friday, 6 a.m. to 2 p.m.*

News B1-B8, C22, E21
B2
News Briefs E21

# Metro | Region

THE BOSTON GLOBE • FRIDAY, OCTOBER 22, 1999

**BACK TO THE BLUES**

## Boston sweet on muffin's return

They are a culinary legend – plump, round, sweet morsels of joy that caressed the palates of countless Bostonians.

And now, like a friend gone too long, they are back.

The fabled Jordan Marsh blueberry muffin – whose very mention stirs the taste buds of grown men and women – has found a new home across the street from the old Jordan Marsh bakery that churned out as many as 250 dozen a day to satiate hungry shoppers.

Boston has suffered muffin withdrawal ever since muffin meister John Pupek, who began baking at Jordan Marsh in 1961, left in 1990 in a dispute with the company. When it merged with Macy's in 1996, Pupek refused to grace the store with his muffin-making magic.

Pupek now operates Jordan Marsh Muffin Co. in Brockton, supplying the blueberry treats to several area retailers.

But none is as close to the muffins' decades-old home on Washington Street as the Boston Coffee Exchange.

The Exchange, whose address is officially listed as Arch street, sits just across Summer Street near the Downtown Crossing home of the old flagship Jordan Marsh store.

The coffee shop's owner, Morton Glovin, unveiled the crumbly, blueberry-laden, sugar-sprinkled muffins at his espresso bar on Wednesday, calling them "a joy to behold."

"When I was a child I would come in town with my mother to go shopping at Filene's Basement and Jordan's," Glovin said. "I remember that if I was a good boy, I could get a Jordan blue muffin."

For Glovin's customers, discovering the muffins was like taking a trip back in time to wintry days rushing home with a box of the best reason to come to Jordan Marsh.

MARCELLA BOMBARDIERI



BN 013391

Montilios Baking Company
134 Spark Street
Brockton, MA 02302
508-894-8855

**RE: Jordan Marsh Muffins**

**Exclusive Agreement**

**All products baked according to "Jordan Marsh's" formulation for the original Jordan Marsh Blueberry Muffins, formula, ingredient, baking specifications, packing individual tissue system and trade secrets being produced by Montilios Baking Company Inc. from August 1st, 2009 thur August 1st, 2012.**

George Montilio
134 Spark Street
Brockton, MA 02302
8/2/09

John Pupek
11 Limestone Dr
Bridgewater, MA 02324
8-2-09

BN 013392

Montilio's Baking Company
134 Spark Street
Brockton, MA 02302
508-894-8855

RE: Jordan Marsh Muffins

Exclusive Agreement

All products baked according to "Jordan Marsh's" formulation for the original Jordan Marsh Muffins formula, ingredients, baking specifications and packing with individual tissue system and trade secrets, being produced by Montilios Baking Company Inc. from September 7, 2012 thru September 7, 2015.

George Montilio
134 Spark Street
Brockton, MA 02302

John Pupek 9-7-12
11 Limestone Drive
Bridgewater, MA 02324

BN 013393

www.bostonherald.com WEDNESDAY, NOVEMBER 10, 2010 BOSTON HERALD

# Macy's plays up local flavor of acquired stores



AP PHOTO

**EARLY CHRISTMAS: Macy's CEO Terry Lundgren talks in Macy's department store in New York. The chain, which absorbed Filene's, Jordan Marsh and Marshall Field's, says it is localizing its stores' inventories.**

NEW YORK — Across the country, Macy's is ringing in this Christmas with local flavor, from Elvis ornaments in Tennessee to Texas-themed martini glasses.

These 2,200 themed ornaments and other decor sold locally for the holidays are vivid examples of how Macy's Inc. CEO Terry Lundgren is looking to harness the magic of the storied 152-year-old department store chain this Christmas and beyond.

Since its 2005 merger with May Department Store Co.'s various regional nameplates, Lundgren has ditched storied names such as Filene's, Jordan Marsh and Marshall Field's to convert most stores to one national Macy's brand.

But the chain's latest shift emphasizes local stores' roots by tailoring merchandise to local markets, he said. Shoppers are now finding conservative suits in Washington, D.C., and large-size cookware in Utah to cater to larger families, for example.

The strategy, rolled out last year, has 1,600 district managers in 69 regional districts overseeing merchandise assortments in no more than 12 stores each.

Lundgren, a 35-year retail veteran, conceived of the changes, dubbed "My Macy's," as consumer spending was slowing down three years ago. But the financial meltdown made the CEO accelerate the move. That has helped the nation's second-largest department store chain, after Sears Holdings Corp., outperform competitors.

Lundgren expects the local strategy to help revenue at stores open at least a year rise as much as 3.5 percent in the second half. Based on stronger-than-expected October revenue, Macy's raised its earnings forecast last week. The retailer is scheduled to report its third-quarter earnings today.

— ASSOCIATED PRESS

BN 013394

November 11,2010

Mr.Terry Lundgren
Macy's Department Stores
New York, N Y

Dear Mr Lundgren,

I am writting in regards to an article I read in the Boston Herald dated Nov.10,2010 titled" Macy's plays up local flavor of acquired stores".

I am a retired executive of the former Jordan Marsh Department stores in the Boston area. I worked in the Food Service Division from 1961 to 1991, beginning as a baker and working up to Director of Bakery Operations. When the bakery was closed in 1991, I opened my own shop and supplied the Jordan Marsh retail outlets with bakery products for several years until they finally closed down bakery operations completly..

In 1997 I opened a new retail shop in the Brockton area calling it the "Jordan Marsh Muffin Company" selling the original famous Jordan Marsh blueberry muffins. I continued in business for several years and finally decided to close the operation and retire in 2005.

To keep this letter short and to the point I am asking if Macy's would be interested in having the original famous muffin in any of their stores in the Boston area. Details can be worked out in the future if there is any interest. Please feel free to get in touch.

Sincerly,

John J. Pupek
11 Limestone Drive
Bridgewater,MA 02324

Tel: (508)697-8191

# EXHIBIT H

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

MACY'S, INC. and MACYS.COM, INC.)
)
PLAINTIFFS, ) CASE NO.
VS. ) CV 11-698 SC
)
STRATEGIC MARKS, LLC, )
DEFENDANT. )
_______________________________________)

** CONTAINS CONFIDENTIAL PORTIONS**

VIDEOTAPED DEPOSITION OF ELLIA KASSOFF
NEWPORT BEACH, CALIFORNIA
WEDNESDAY, NOVEMBER 7, 2012

REPORTED BY:
CHRISTY A. CANNARIATO, CSR #7954, RPR, CRR
JOB NO.: 54354

the key is, you know, you can only do so much, and licensing is an excellent way to build your brands. So we're doing that.

We're also getting a lot of press, a lot of, including because of this lawsuit, people are now looking at it and saying, Oh, these names are coming back. That's excellent. I'm getting a lot of e-mails and calls from people that are excited to see these brands coming back. They never thought they would be back, and now they are. So they're extremely excited about that.

So, you know, we've been in the Wall Street Journal, in fact, twice in one day back in May regarding this. So we're just getting a lot of really excited people. In fact, a lot of people buying our shirts used to love the stores. And some used to work in the stores, in fact, or thought they would never come back.

So that's what we're doing. And, of course, as we discussed earlier, we're doing the mall placements, like the pop-up stores. We're still continuing with that discussion, although because of this case discussions have slowed until the case has been finalized. But they're still on -- it's still an ongoing, you know -- you can't

rebuild or build a brand overnight. But we're doing everything possible to rebuild them and to get them back into the public consciousness.

MR. LO CICERO: Is that it?

THE WITNESS: Yep.

Q. BY MR. LO CICERO: Mr. Kassoff, this amended answer is an answer you gave after your discussions with counsel; is that correct?

A. Yes.

Q. Let's talk about it. Tell me about your licensing strategy.

A. We are talking to several licensing agents. I currently have a licensing agent that handles our candy brands. And I am in the process of talking to several licensing agents which you have e-mails on as part of the evidence showing that we have been -- we have had discussions pertaining to representing us and our brands.

Q. Which licensing agents have you had discussions with concerning representing the store brands?

A. Several, many from the licensing show in Las Vegas where we've been attending for two years.

Q. Can you give me any names?

A. Sure. Creative Artists. I believe they