AMSTER, ROTHSTEIN & EBENSTEIN LLP
ANTHONY F. LO CICERO, NY SBN1084698
alocicero@arelaw.com
CHESTER ROTHSTEIN. NY SBN2382984
crothstein@arelaw.com
MARC J. JASON, NY SBN2384832
mjason@arelaw.com
JESSICA CAPASSO, NY SBN4766283
jcapasso@arelaw.com
90 Park Avenue
New York, NY 10016
Telephone:     (212) 336-8000
Facsimile:      (212) 336-8001
(Admitted *Pro Hac Vice*)

HANSON BRIDGETT LLP
GARNER K. WENG, SBN191462
gweng@hansonbridgett.com
CHRISTOPHER S. WALTERS, SBN267262
cwalters@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:     (415) 777-3200
Facsimile:      (415) 541-9366

Attorneys for Plaintiffs MACY'S, INC. and MACYS.COM, INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MACY'S INC and MACY'S.COM, INC., <br><br> Plaintiffs, <br> v. <br><br> STRATEGIC MARKS, LLC, <br><br> Defendant. | CASE NO. 3:11-cv-06198-SC <br><br> **JOINT STIPULATION AND REQUEST TO RESCHEDULE PRETRIAL CONFERENCE AND [~~PROPOSED~~] ORDER ON JOINT STIPULATION AND REQUEST TO RESCHEDULE PRETRIAL CONFERENCE** <br><br> THE HONORABLE SAMUEL CONTI |
| STRATEGIC MARKS, LLC, <br><br> Counter-Claimant, <br> v. | |

-1-
JOINT STIP AND REQUEST TO RESCHEDULE PRETRIAL CONFERENCE AND [PROPOSED]
ORDER ON JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE
Case No. 3:11-cv-06198-SC

562403.1

MACY'S INC and MACY'S.COM, INC.,
    Counter-Defendants.

This stipulation and request is made and entered into by and among plaintiffs Macy's, Inc. and Macys.com, Inc. (collectively, "Plaintiffs" or "Macy's") and defendant Strategic Marks, LLC ("Defendant").

WHEREAS, pursuant to this Court's Order dated July 1, 2013, the pretrial conference was scheduled to take place on December 20, 2013 at 10 a.m. (ECF No. 112);

WHEREAS, on December 10, 2013 the parties received notice from the Court advancing the pretrial conference to December 17, 2013 at 10 a.m. (ECF No. 113);

WHEREAS, the date of the rescheduled pretrial conference presents insurmountable difficulties to Macy's, in that its lead trial counsel is not available to attend the pretrial conference on December 17, 2013;

WHEREAS, counsel for all parties are available to attend a pretrial conference on December 16, 2013;

WHEREAS, Macy's has filed seven motions *in limine*, and pursuant to the Court's Jury Trial Preparation Order (ECF No. 100) oppositions to motions *in limine* are due to be filed and served no later than five days prior to the pretrial conference (originally on December 16, 2013 in accordance with a December 20, 2013 pretrial conference date);

WHEREAS, the parties agree that there is good cause to reschedule the pretrial conference date to December 16, 2013, so long as the date for filing and serving oppositions to motions *in limine* is extended to account for drafting time lost due to the advancement of the pretrial conference;

WHEREAS, the parties jointly request the Court to reschedule the pretrial conference to December 16, 2013 and extend the date for filing and serving oppositions to motions *in limine* to December 20, 2013;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among all parties, and the Court's approval as to the following is hereby requested:

-2-
**JOINT STIP AND REQUEST TO RESCHEDULE PRETRIAL CONFERENCE AND [PROPOSED]
ORDER ON JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE**
Case No. 3:11-cv-06198-SC

562403.1

- That the pretrial conference in this case, currently scheduled to take place on December 17, 2013 at 10 a.m., be rescheduled to December 16, 2013 at 10 a.m.
- That the deadline for filing and serving oppositions to motions *in limine* be extended to December 20, 2013.
- That argument on the motions *in limine* not be heard at the December 16, 2013 pretrial conference.
- That the provisions of the Court's Jury Trial Preparation Order dated May 31, 2013 (ECF No. 100) remain in effect in all other respects.

Concurrence in the filing of this document has been obtained by Benjamin Ashurov from each of the other Signatories, which shall serve in lieu of their signatures on the e-filed document.

DATED:  December 11, 2013.          AMSTER, ROTHSTEIN & EBENSTEIN LLP


By      /s/
    ANTHONY F. LO CICERO
    Attorneys for Plaintiffs
    MACY'S, INC. AND MACYS.COM, INC.


DATED:  December 11, 2013.          KB ASH LAW GROUP


By      /s/
    BENJAMIN ASHUROV
    Attorneys for Defendant
    STRATEGIC MARKS, LLC

-3-
**JOINT STIP AND REQUEST TO RESCHEDULE PRETRIAL CONFERENCE AND [PROPOSED]
ORDER ON JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE**
Case No. 3:11-cv-06198-SC

562403.1

# [~~PROPOSED~~] ORDER ON JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE

Having duly considered the Joint Stipulation to Reschedule Pretrial Conference filed by the parties to this action on December 11, 2013, and good cause showing:

IT IS HEREBY ORDERED THAT for all the reasons set forth in the foregoing Joint Stipulation and Request to Reschedule Pretrial Conference, the Clerk's December 10, 2013 Notice Advancing Pretrial Conference (ECF No. 113) be AMENDED as follows:

1. The pretrial conference in this case, currently scheduled to take place on December 17, 2013 at 10 a.m., is rescheduled to December 16, 2013 at 10 a.m.

2. The deadline for filing and serving oppositions to motions *in limine* is extended to December 20, 2013.

3. Motions *in limine* shall not be heard at the December 16, 2013 pretrial conference.

4. The provisions of the Court's Jury Trial Preparation Order dated May 31, 2013 (ECF No. 100) shall remain in effect in all other respects.

**IT IS SO ORDERED.**

_____
The Honorable Samuel Conti
United States District Judge

Dated: December __11__, 2013

-4-
JOINT STIP AND REQUEST TO RESCHEDULE PRETRIAL CONFERENCE AND [PROPOSED]
ORDER ON JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE
Case No. 3:11-cv-06198-SC

562403.1