# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTE ORDER

**Date:** January 11, 2016                        **Judge:** EDWARD M. CHEN

**Case No.**: 11-cv-06198-EMC     **Case Name:**  Macy's Inc. et al. v. Strategic Marks, LLC.
<u>and consolidated case:</u> C15-0612 EMC  Macy's v. Strategic

## ORDER CHANGING TRIAL SCHEDULE

The 4 court-day consolidated jury trial is currently scheduled for 5/2/16 at 8:30 a.m.  IT IS SO ORDERED that Thursday 5/5/16 will **not** be a dark day and that the Court may go extended days (from 8:30 a.m. to 4:30 p.m.) on May 2, 3, and 5, 2016 if necessary.  Wednesday 5/4/16 will be from 8:30 a.m. to 2:00 p.m.  The trial shall be completed by the end of Thursday 5/5/16.