AMSTER, ROTHSTEIN & EBENSTEIN LLP
ANTHONY F. LO CICERO, NY SBN1084698
alocicero@arelaw.com
MARC J. JASON, NY SBN2384832
mjason@arelaw.com
JESSICA CAPASSO, NY SBN4766283
jcapasso@arelaw.com
90 Park Avenue
New York, NY 10016
Telephone:   (212) 336-8000
Facsimile:    (212) 336-8001
(Admitted *Pro Hac Vice*)

HANSON BRIDGETT LLP
GARNER K. WENG, SBN191462
gweng@hansonbridgett.com
JANIE L. THOMPSON, SBN291622
jthompson@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiffs MACY'S, INC. and MACYS.COM, INC.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| MACY'S, INC. and MACYS.COM, INC., <br><br> Plaintiffs, <br><br> v. <br><br> STRATEGIC MARKS, LLC and ELLIA KASSOFF, <br><br> Defendants. | Case No. 11-cv-6198-EMC (lead) <br><br> Case No. 15-cv-00612-EMC <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** <br><br> Judge:  Honorable Edward M. Chen |

The above-identified parties, through their undersigned counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate to a voluntary dismissal of the subject action, including all claims and counterclaims, with prejudice.  The parties hereto having entered into a separate Settlement Agreement, this dismissal is entered

-1-                    Case Nos. 11-6198;15-612 SC
NOTICE OF DISMISSAL WITH PREJUDICE

into without the award of costs or attorneys' fees.

The Court retains jurisdiction to enforce the Settlement Agreement on motion by any party.

DATED: ~~March~~ April 21, 2016

AMSTER, ROTHSTEIN & EBENSTEIN LLP

By: /s/ Anthony F. Lo Cicero
ANTHONY F. LO CICERO
MARC J. JASON
JESSICA CAPASSO
Attorneys for Plaintiffs MACY'S, INC. and MACYS.COM, INC.

DATED: ~~March~~ April 21, 2016

KB-Ash Law Group

By: /s/ Benjamin Ashurov
BENJAMIN ASHUROV
LYNN M. TERREBONNE
Attorneys for Defendants STRATEGIC MARKS, LLC and ELLIA KASSOFF

SO ORDERED:

_____
Hon. Edward M. Chen
United States District Judge

DATED: 4/21, 2016